(No. 11191.—Reversed in part and remanded.)

THE PEOPLE *ex rel.* Henry Stuckart, County Collector, Appellee, *vs.* CHICAGO FIRE BRICK COMPANY, Appellant.

*Opinion filed February 21, 1917—Rehearing denied April 17, 1917.*

This case is controlled by the decision in *People* v. *Day,* (*ante,* p. 543.)

APPEAL from the County Court of Cook county; the Hon. JOHN H. WILLIAMS, Judge, presiding.

GEORGE J. GILBERT, for appellant.

MACLAY HOYNE, State's Attorney, (SAMUEL A. ETTELSON, Corporation Counsel, CHARLES CENTER CASE, JR., FELSENTHAL & WILSON, WILLIAM F. STRUCKMANN, EDMUND D. ADCOCK, ROSS C. HALL, WALTER E. BEEBE, LEON HORNSTEIN, and JOSEPH F. GROSSMAN, of counsel,) for appellee.

Mr. JUSTICE FARMER delivered the opinion of the court:

This is an appeal from a judgment of the county court of Cook county overruling certain objections of appellant to a judgment and order of sale of appellant's property for non-payment of taxes. The objections are the same and to the same taxes as in the case of *People* v. *Day,* (*ante,* p. 543,) and the decision in that case decides all questions here raised. The judgment in this case must be the same as the judgment in that case.

The judgment of the county court is affirmed in part, reversed in part and the cause remanded.

*Reversed in part and remanded.*